(101 So. 927)

Ollie WOOLEY v. STATE. (1 Div. 577.) (Court of Appeals of Alabama. Nov. 18, 1924.) Appeal from Circuit Court, Mobile County; Saffold Berney, Judge. Violating prohibition law.

SAMFORD, J. Affirmed.

---

(102 So. 927)

Ollie WOOLEY v. STATE. (1 Div. 576.) (Court of Appeals of Alabama. Jan. 20, 1925.) Appeal from Circuit Court, Mobile County; Saffold Berney, Judge.

BRICKEN, P. J. This defendant was convicted in the circuit court of Mobile county for the offense of violating the prohibition laws of the state. He appealed to this court, and the appeal is predicated upon the record proper.

The points of decision here are identical with the case against this same appellant, decided by this court at present term. 102 So. 365.[1] What has been said in that case is conclusive of this appeal, and upon that authority the judgment appealed from in this cause is affirmed. Affirmed.

---

(101 So. 927)

Lonnie L. WORLEY v. STATE. (4 Div. 17.) (Court of Appeals of Alabama. Nov. 11, 1924.) Appeal from Circuit Court, Covington County; W. L. Parks, Judge. Violating prohibition law.

SAMFORD, J. Appeal dismissed, on motion of appellant.

---

(100 So. 927)

William YOUNG v. STATE. (4 Div. 929.) (Court of Appeals of Alabama. June 17, 1924.) Appeal from Circuit Court, Crenshaw County; Arthur E. Gamble, Judge. Bastardy.

FOSTER, J. Appeal dismissed.

[1] Ante, p. 381.